

# NUMBER 13-24-00582-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARIA ESCAMILLA,                                                          Appellant,

v.

LIZA VASQUEZ GARZA,                                                    Appellee.

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Justice Cron

This matter is before the Court on appellant's unopposed amended motion to dismiss appeal. The appellant requested that this appeal be dismissed.

The Court, having considered appellant's unopposed amended motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1).

Therefore, appellant's unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
3rd day of April, 2025.

2